# In the United States District Court for the Southern District of Georgia Brunswick Division

MARGARET DRAKE,

    Plaintiff,

v.       No. 2:22-cv-007

NVHG JIC HOTEL OPERATOR, LLC,

    Defendant.

## ORDER

Before the Court is a notice of voluntary dismissal filed by Plaintiff Margaret Drake. Dkt. No. 5. Plaintiff notifies the Court that she wishes to dismiss this action with prejudice. Defendant having filed no answer, Plaintiff's dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 9 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA